610

writ of certiorari in this cause is denied upon the ground that the judgment sought herein to be reviewed is joint and the record fails to disclose summons and severance. *Hartford Accident & Indemnity Co.* v. *Bunn,* 285 U. S. 169; *Capital National Bank* v. *Board of Supervisors,* 286 U. S. 550; *Fidelity Union Casualty Co.* v. *Hanson,* 287 U. S. 599; *Louisville & Nashville R. Co.* v. *Parker,* 287 U. S. 569; *Wagner Tug Boat Co.* v. *Meagher,* 287 U. S. 657. *Messrs. George B. Rose, D. H. Cantrell, J. F. Loughborough, A. W. Dobyns,* and *A. F. House* for petitioner. No appearance for respondent.

No. 603. BACKUS ET AL., RECEIVERS, *v.* UNITED STATES. March 4, 1933. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Carmi A. Thompson, E. F. Colladay,* and *Wilton H. Wallace* for petitioners. *Solicitor General Thacher* and *Messrs. Whitney North Seymour, Charles F. Kincheloe,* and *Fred K. Dyar* for the United States.

No. 614. WESTERN SHADE CLOTH CO. *v.* UNITED STATES. March 4, 1933. Petition for writ of certiorari to the Court of Claims denied. *Mr. Clarence N. Goodwin* for petitioner. *Solicitor General Thacher* and *Messrs. Whitney North Seymour, Charles F. Kincheloe,* and *Erwin N. Griswold* for the United States.

No. 620. POPE *v.* UNITED STATES. March 4, 1933. Petition for writ of certiorari to the Court of Claims denied. *Messrs. George R. Shields* and *George A. King* for petitioner. *Solicitor General Thacher,* and *Messrs. Whitney North Seymour, Charles F. Kincheloe,* and *Wm.*

*H. Riley, Jr.,* for the United States.

No. 631. WHITE *v.* PORTIA LAW SCHOOL ET AL. March 4, 1933. Petition for writ of certiorari to the Supreme Judicial Court, County of Suffolk, Massachusetts, denied. *Jama A. White, pro se.* No appearance for respondents.

No. 635. CASTELLANO, TRUSTEE IN BANKRUPTCY, *v.* GLOBE INDEMNITY Co. March 4, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Harry H. Schutte* for petitioner. *Mr. F. A. W. Ireland* for respondent.

No. 637. BARKER *v.* FISCHER, TRUSTEE IN BANKRUPTCY. March 4, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Wendell P. Barker, pro se. Mr. George C. Levin* for respondent.

No. 641. MARYLAND CASUALTY Co. *v.* KRAMER. March 4, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. J. Newton Rayzor* for petitioner. No appearance for respondent.

No. 654. EDGAR P. LEWIS & SONS, INC. *v.* MARS, INC. March 4, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Messrs. Charles E. Riordon* and *C. Russell Riordon* for petitioner. *Messrs. William Furst* and *Hugh W. Ogden* for respondent.